Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

v.

Civil Action No. 07-1326 (RMC)

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBER 3900642,
3900899, 3414996, 2739290, 2739330, *

    Defendant(s)

RE: ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBERS 3900642, 3900899, 3414996, 2739290, 2739330, *

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✱ ✶✶ and copy of the complaint on October 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this **2nd** day of **July**, **2008** declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____T. Gumiel_____
    Deputy Clerk

✱ 3744230, 3724455, 3777270, 3910742, 3622583, 3034142, AND 4055663

✶✶ a Warrant of arrest in Rem